```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/31/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS TAPIA RAMIREZ, individually and on behalf of others similarly situated,

                Plaintiff,

-against-

ELEGANZA 1 INC. (D/B/A ELEGANZA GOURMET DELI), ELEGANZA II GOURMET DELI INC. (D/B/A ELEGANZA GOURMET DELI), ELEGANZA GORMET INC. (D/B/A ELEGANZA GOURMET DELI), ELEGANZA GOURMET INC. (D/B/A ELEGANZA GOURMET DELI), SAMER S. SALEH A/K/A SAMER MOHAMMED SALEH A/K/A HALIL, and NOOR ZENDANI,

                Defendants.

23 Civ. 7451 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      To protect the public health, while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is ORDERED pursuant to Rules 30(b)(3) and 30(b)(4) of the Federal Rules of Civil Procedure that all depositions in this action may be taken via telephone, videoconference, or other remote means. It is further ORDERED pursuant to Rule 30(b)(5) that a deposition will be deemed to have taken place "before an officer appointed or designated under Rule 28" if such officer attends the deposition using the same remote means used to connect all other participants, so long as all participants (including the officer) can clearly hear and be heard by all other participants. The parties are encouraged to engage in discovery through remote means at every available opportunity.

      SO ORDERED.

Dated: August 31, 2023
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge