```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS TAPIA RAMIREZ, individually and on behalf of others similarly situated,

                Plaintiff,

-against-

ELEGANZA 1 INC. (D/B/A ELEGANZA GOURMET DELI), ELEGANZA II GOURMET DELI INC. (D/B/A ELEGANZA GOURMET DELI), ELEGANZA GORMET INC. (D/B/A ELEGANZA GOURMET DELI), ELEGANZA GOURMET INC. (D/B/A ELEGANZA GOURMET DELI), SAMER S. SALEH A/K/A SAMER MOHAMMED SALEH A/K/A HALIL, and NOOR ZENDANI,

                Defendants.

23 Civ. 7451 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On August 31, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by December 21, 2023. ECF No. 18. Those submissions are now overdue.

      Accordingly, by **January 25, 2024**, the parties shall submit their joint letter and proposed case management plan.

      SO ORDERED.

Dated: December 28, 2023
       New York, New York

                                              ANALISA TORRES
                                       United States District Judge