UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS TAPIA RAMIREZ, individually and on behalf of others similarly situated,

                Plaintiff,

-against-

ELEGANZA 1 INC. (D/B/A ELEGANZA GOURMET DELI), ELEGANZA II GOURMET DELI INC. (D/B/A ELEGANZA GOURMET DELI), ELEGANZA GORMET INC. (D/B/A ELEGANZA GOURMET DELI), ELEGANZA GOURMET INC. (D/B/A ELEGANZA GOURMET DELI), SAMER S. SALEH A/K/A SAMER MOHAMMED SALEH A/K/A HALIL, and NOOR ZENDANI,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/2/2024_____

23 Civ. 7451 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By letter dated March 1, 2024, Plaintiff stated that he would provide a status update within thirty days. ECF No. 50. That update is now overdue. Accordingly, by **April 9, 2024**, Plaintiff shall update the Court as to the status of the matter.

    SO ORDERED.

Dated: April 2, 2024
       New York, New York

                                                ANALISA TORRES
                                          United States District Judge