```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS TAPIA RAMIREZ, and FELIPE TAPIA RAMIREZ, individually and on behalf of others similarly situated,

                Plaintiffs,

-against-

ELEGANZA 1 INC. (D/B/A ELEGANZA GOURMET DELI), ELEGANZA II GOURMET DELI INC. (D/B/A ELEGANZA GOURMET DELI), ELEGANZA GORMET INC. (D/B/A ELEGANZA GOURMET DELI), ELEGANZA GOURMET INC. (D/B/A ELEGANZA GOURMET DELI), SAMER S. SALEH (A/K/A SAMER MOHAMMED SALEH) (A/K/A HALIL), and NOOR ZENDANI,

                Defendants.

23 Civ. 7451 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The videoconference scheduled for November 4, 2024, is ADJOURNED to **December 9, 2024**, at **11:30 a.m.** On that date, Defendants shall appear at a videoconference to show cause why the Court should not enter a default judgment against them pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. Plaintiffs shall also appear. The parties are directed to contact chambers via email in advance of the hearing for instructions on accessing the conference. Members of the public may access the conference by dialing +1 646-453-4442 and entering access code 811350942#.

      Plaintiffs are directed to serve copies of this order on Defendants.

      SO ORDERED.

Dated: October 25, 2024
       New York, New York

                                      ANALISA TORRES
                                  United States District Judge