USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: __10/9/2025__

# Michael Faillace & Associates

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165
_____

September 30, 2025

BY ECF
Honorable Judge Analisa Torres
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

    **Re:**  **1:23-cv-07451-AT**
        **Tapia Ramirez et al v. Eleganza 1 Inc. et al**

Dear Judge Torres:

  This office represents the Plaintiffs in the above-referenced matter. On July 31, 2025, this office served Defendants with their discovery demands. On September 16, 2025, Defendants requested until September 29, 2025 to serve their discovery responses, which the undersigned consented to. On September 25, 2025, Defendants sent the undersigned an email, informing that Defendants will be sending their responses by October 10, 2025. The undersigned informed the Defendants that we would not be consenting to any further extension requests. To date, Defendants have failed to serve their discovery responses, which were due yesterday, September 29, 2025, as per our courtesy extension. Accordingly, we request that this Court order that Defendants provide discovery responses by October 3, 2025.

  We thank the Court for its time and attention to this matter.

            Respectfully Submitted,

            __/s/ Robert Jun_____
            Robert Jun, Esq.
            Michael Faillace & Associates, P.C.
            *Attorneys for Plaintiffs*

DENIED as moot. *See* ECF No. 114. The Court of Clerk is respectfully directed to terminate the motion at ECF No. 113.

SO ORDERED.

Dated: October 9, 2025
   New York, New York

                     _____
                     ANALISA TORRES
                     United States District Judge