```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JESUS TAPIA RAMIREZ,

                       Plaintiff,                    **23-CV-7451 (AT) (KHP)**

       -against-                       **POST-CONFERENCE ORDER**

ELEGANZA 1 INC. et al.,

                       Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        On November 24, 2025, the parties appeared before the undersigned for an Initial Case Management Conference. After review of the pleadings and consultation with the parties, the following scheduling order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

        **Discovery**. Substantial discovery has already been completed by the parties. All Fact Discovery must be completed by **May 31, 2026**.

        **Briefing Schedule**. Plaintiff's anticipated Motion for Summary Judgment will be due by **April 29, 2026**. Defendants' Opposition will be due by **May 29, 2026**. Plaintiff's Reply, if any, will be due by **June 12, 2026**.

                  **SO ORDERED.**

DATED:    New York, New York
             November 24, 2025

                                              */s/ Katharine H. Parker*
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge