**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JESUS TAPIA RAMIREZ,

                               Plaintiff,

                    -against-

ELEGANZA 1 INC. et al.,

                              Defendants.
-----------------------------------------------------------------X

**23-CV-7451 (AT) (KHP)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2026

**KATHARINE H. PARKER, United States Magistrate Judge:**

On January 23, 2026, Defendants filed a letter moving to compel Plaintiffs' appearance at the January 27, 2026 Settlement Conference and seeking sanctions.  (ECF No. 130)  The Court has already required Plaintiffs to attend the settlement conference in person.  Therefore, this request is moot.  Insofar as Defendant requests sanctions, the motion is denied for failure to comply with this Court's procedures.

       **The Clerk of Court is respectfully directed to terminate the motion at ECF No. 130.**

             **SO ORDERED.**

DATED:      New York, New York
              January 26, 2026

                                  _____
                                  KATHARINE H. PARKER
                                  United States Magistrate Judge