USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____2/5/2026_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------X

JESUS TAPIA RAMIREZ, and FELIPE TAPIA
RAMIREZ*, individually and on behalf of others
similarly situated,*

Civil Action No. 23-cv-07451

                *Plaintiffs*,

**JUDGMENT**

       -against-

ELEGANZA 1 INC. (D/B/A ELEGANZA GOURMET
DELI), ELEGANZA II GOURMET DELI INC. (D/B/A
ELEGANZA GOURMET DELI), ELEGANZA
GORMET INC. (D/B/A ELEGANZA GOURMET
DELI), ELEGANZA GOURMET INC. (D/B/A
ELEGANZA GOURMET DELI), SAMER S. SALEH
A/K/A SAMER MOHAMMED SALEH A/K/A
HALIL, and NOOR ZENDANI,

               *Defendants,*

--------------------------------------------------------------------X

## **JUDGMENT**

On February 2, 2026 Plaintiffs filed a notice of acceptance of offer of judgment

pursuant to Rule 68 of the Federal Rules of Civil Procedure, *see* ECF No. 132;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, JESUS TAPIA RAMIREZ, AND FELIPE TAPIA RAMIREZ, have

judgment against ELEGANZA 1, INC. d/b/a ELEGANZA 1 CONVENIENCE (improperly pled

as "ELEGANZA 1 INC. (D/B/A ELEGANZA GOURMET DELI)"), ELEGANZA II GOURMET

DELI INC. d/b/a ELEGANZA II GOURMET DELI (improperly pled as "ELEGANZA II

GOURMET DELI INC. (D/B/A ELEGANZA GOURMET DELI)"), ELEGANZA GOURMET

INC. d/b/a ELEGANZA GOURMET DELI, and SAMER MOHAMMED SALEH a/k/a SAMER

M. SALEH (improperly pled as "SAMER S. SALEH A/K/A SAMER MOHAMMED SALEH

- 2 -

A/K/A HALIL"), and NOOR ZENDANI, jointly and severally, in the amount of Thirty Thousand

Dollars and No Cents ($30,000.00), which is inclusive of attorneys' fees and costs.


Any pending motions are moot.  All conferences are vacated.  The Clerk of Court is respectfully
directed to close the case.

SO ORDERED.

Dated: February 5, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge